SALVATORE CICALE ET AL. *v.* REDEVELOPMENT
AGENCY OF THE CITY OF NORWALK
(6769)

SPALLONE, DALY and STOUGHTON, Js.

Argued January 18—decision released January 25, 1989

*John A. Milici,* with whom, on the brief, was *Martina Nicholls Israely,* for the appellants (plaintiffs).

*Vincent D. Flaherty,* with whom, on the brief, was *John T. Loforese,* for the appellee (defendant).

PER CURIAM. There is no error.